UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT W. FOX,<br><br>    Defendant. | No. 2:16-cv-2492 JAM DB P<br><br>ORDER |

Plaintiff is a state prisoner who was proceeding pro se and in forma pauperis with an action under 42 U.S.C. § 1983. On November 15, 2017, plaintiff filed a notice that he was voluntarily dismissing this case. On November 17, 2017, the clerk closed this case. On November 27, 2017, plaintiff filed a motion for the return of the documents he filed in this case. (ECF No. 42.)

Plaintiff is advised that the documents he filed here are part of the court's record and may not be returned. Further, the clerk does not ordinarily provide free copies of case documents to parties. In forma pauperis status does not include the cost of copies. The Clerk's Office will provide copies of documents and of the docket sheet at $0.50 per page. Checks in the exact amount are made payable to "Clerk, USDC." Copies of documents in cases may also be obtained by printing from the public terminals at the Clerk's Office or by contacting Cal Legal Support

////

1

Group at: 3104 "O" Street, Suite 291, Sacramento, CA 95816, phone 916-441-4396, fax 916-400-4948.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for return of his filed documents (ECF No. 42) is denied.

Dated: May 22, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/john2492.ret of docs